IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC. d/b/a OPTIMUM NUTRITION, INC.,<br><br>    Defendant. | C.A. No. 1:19-cv-00881-MN |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC and Defendant Glanbia Performance Nutrition (Manufacturing), Inc. d/b/a Optimum Nutrition, Inc., pursuant to Federal Rule of Civil Procedure 41(a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 11, 2019

Respectfully Submitted,

**FISH & RICHARDSON P.C.**

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
janderson@fr.com

**ATTORNEYS FOR DEFENDANT GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC. d/b/a OPTIMUM NUTRITION, INC.**

**DEVLIN LAW FIRM LLC**

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

**ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS LLC**

**SO ORDERED**, this _____ day OF July, 2019.

_____
Honorable Maryellen Noreika