# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLY INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC. d/b/a OPTIMUM NUTRITION, INC.,<br><br>　　　　Defendant. | C.A. No. 1:19-cv-00881-MN |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC and Defendant Glanbia Performance Nutrition (Manufacturing), Inc. d/b/a Optimum Nutrition, Inc., pursuant to Federal Rule of Civil Procedure 41(a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: July 11, 2019 | Respectfully Submitted, |
| **FISH & RICHARDSON P.C.** | **DEVLIN LAW FIRM LLC** |
| */s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Ave., 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br>janderson@fr.com | */s/ Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br>tdevlin@devlinlawfirm.com |
| **ATTORNEYS FOR DEFENDANT GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC. d/b/a OPTIMUM NUTRITION, INC.** | **ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS LLC** |

**SO ORDERED**, this __15th__ day of July, 2019.

_/s/ Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge